# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

MEJONAH POLLARD,                          No. 2:14-CV-0563-CMK

        Plaintiff,

    vs.                                             <u>ORDER</u>

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

_____/

      Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Good cause appearing therefor, the order to show cause issued on October 8, 2014, is hereby discharged.

      IT IS SO ORDERED.

DATED:  October 17, 2014

                                     _____
                                   **CRAIG M. KELLISON**
                                   UNITED STATES MAGISTRATE JUDGE